

**ORDERED in the Southern District of Florida on September 5, 2024.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

IN RE                                                                                                      CASE NO. 24-16031-PDR
                                                                                                                CHAPTER 7

**Myriam Augustin**
**aka Myriam Augustine**
      Debtor
_____/

## ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY CHANGE LENDING LLC (DOC. NO. 23)

THIS MATTER came before the Court on September 5, 2024 upon a hearing on the Motion for Relief from Automatic Stay filed by Change Lending, LLC dba Change Home Mortgage (Doc. No. 23), and for reasons stated before the Court, it is:

ORDERED AND ADJUDGED that:

1. The hearing on Change Lending, LLC dba Change Home Mortgage's Motion for Relief from Automatic Stay is continued to October 10, 2024 at 10:00 AM EST <u>at U.S. Courthouse 299 E. Broward Blvd., Fort Lauderdale, FL 33325 in Courtroom 301</u>

2. Information on requirements and procedures for remote attendance at the hearing may be found on the presiding judge's webpage on the Court's website: www.flsb.uscourts.gov.

PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

3.  PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072−2.

**Submitted By:**

**Jason A. Weber**
TIFFANY & BOSCO, P.A.
10055 Yamato Rd | Suite 102|
Boca Raton, FL 33498
Telephone: (954) 828-1118
Facsimile: (954) 828-1101

*Jason A. Weber is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*

Copies furnished to:

**Debtor**
Myriam Augustin
11740 Hermitage Drive
Plantation FL 33325

*Trustee*
**Sonya Salkin Slott**
PO Box 15580
Plantation, FL  33318

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130